ORIGINAL

FILED

04/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0611

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0611

TERRY WALLACE,

Plaintiff and Appellant,

v.

LAW OFFICE OF BRUCE SPENCER, PLLC,
LPH, INC, a Montana Corporation, GEISZLER
STEELE, PC, and John Does 1-5,

Defendants and Appellees.

FILED

APR 19 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed on April 19, 2021, this Court has determined that the brief does not comply with the Rules and must be resubmitted. We note the table of contents of the Appellant's opening brief indicates his brief contains 17 pages, however the brief submitted to the Court abruptly stops on page 16.

M. R. App. P. 10(4) requires a certificate of service in the form of a statement of the date and manner of service and of the names and addresses of the persons served. The Appellant's opening brief does not contain a certificate of service.

M. R. App. P. 11(4)(e) requires a certificate of compliance, which states the document's line spacing and that the document complies with word and/or page count limits. The Appellant's opening brief does not contain a certificate of compliance.

M. R. App. P. 12(1)(h) requires a short conclusion stating the precise relief sought. The Appellant's opening brief does not contain a conclusion.

M. R. App. P. 13(2) requires a signed original and 9 copies of the brief. The Appellant's opening brief is not signed.

Therefore,

IT IS ORDERED that the signed original and nine copies of the referenced brief

be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that a signed original and nine copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

DATED this 20ᵗʰ day of April, 2021.

For the Court,

By _____

Justice